CHARLES D. BECKWITH, Appellant, v. CITY OF NEW ROCHELLE and Others, Respondents.— Judgment unanimously affirmed, with costs, upon opinion of Mr. Justice George H. Taylor, Jr., at Special Term.▌ Present — Lazansky, P. J., Rich, Kapper, Scudder and Tompkins, JJ.

ANNIE BLOOM, Respondent, v. LANE BRYANT, INCORPORATED, Appellant.— Judgment reversed upon the facts and a new trial granted, costs to abide the event, upon the ground that the verdict of the jury is against the weight of the evidence. Rich, Kapper and Hagarty, JJ., concur; Lazansky, P. J., and Carswell, J., dissent and vote to affirm.

BROOKLYN AND QUEENS TRANSIT CORPORATION, Plaintiff, v. THE CITY OF NEW YORK, Defendant.— Upon agreed statement of facts, judgment directed for defendant, without costs. No opinion. Rich, Young, Scudder and Tompkins, JJ., concur; Lazansky, P. J., dissents.

MAX J. BUECHLER, Appellant, v. FRANK J. PICKRELL, Respondent.— Order granting defendant's motion for leave to serve an amended answer and directing that the plaintiff reply to the defenses contained therein reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The defendant, having misled the court, has shown a lack of good faith which, in the circumstances disclosed in this case, should deprive him of the privilege of amending, at this belated date, his answer herein. Lazansky, P. J., Young, Carswell and Scudder, JJ., concur; Kapper, J., dissents and votes to affirm.

MICHAEL BURKE, Respondent, v. MICHAEL ANGELO, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

CONTINENTAL LEATHER COMPANY, Respondent, v. LIVERPOOL, BRAZIL & RIVER PLATE STEAM NAVIGATION COMPANY, LTD., Defendant, and LAMPORT & HOLT, LTD., Appellant.— Judgment and order modifying judgment reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event. Plaintiff sought to recover upon the theory of an express contract evidenced by a bill of lading, of which no proof was given. The court was not warranted in directing a verdict upon plaintiff's testimony as to the cause of the damage and the damage. Lazansky, P. J., Rich, Young and Carswell, JJ., concur; Hagarty, J., dissents.

JAMES J. COWAN, Respondent, v. GLOBE INDEMNITY COMPANY, Appellant.— Order granting summary judgment and judgment entered thereon unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

WILLIAM H. CONANT and GERTRUDE B. CONANT, Respondents, v. WRIGHT-OGDEN Co., INC., Appellant, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

JAMES CRISCUOLO, Appellant, v. SEBASTIAN DURR, as Treasurer of the Bricklayers, Masons and Plasterers' International Union of America, Local Union No. 83 of Mt. Vernon, New York, an Unincorporated Association Consisting of More